1 | BENJAMIN B. WAGNER
United States Attorney
2 | PHILIP A. FERRARI
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

6 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR S 00-0195 KJM |
|---|---|
| Plaintiff, | MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AND RECALL ARREST WARRANT; ORDER |
| v. | |
| ARMEN SIMONIAN, | |
| Defendant. | |

An indictment was filed in this matter on April 13, 2000, charging the above-referenced defendant with a violation of Title 18, United States Code § 1347 [Health Care Fraud].  An arrest warrant issued on the indictment.  In the more than ten years which have passed since the indictment issued, law enforcement personnel have been unable to apprehend the defendant.  Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America seeks the leave of this Honorable Court to dismiss the indictment without prejudice.  This motion is based upon the passage of time, limitations of government resources, and the lack of indications the defendant will be apprehended.  The United States also respectfully requests that the arrest warrant be recalled.

///

///

///

1

1  Dated: July 24, 2013                    BENJAMIN B. WAGNER
                                           United States Attorney

2

3                                           /s/ Philip A. Ferrari
                                           PHILIP A. FERRARI
4                                          Assistant United States Attorney

5

6

7                                **O R D E R**

8       The United States' motion to dismiss is GRANTED and the indictment is ordered DISMISSED

9  WITHOUT PREJUDICE.  The arrest warrant is RECALLED.

10      **SO ORDERED:**

11 DATED:  July 30, 2013.

12
                                           _____
13                                         UNITED STATES DISTRICT JUDGE

2